UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ____________________

IN THE MATTER OF:

EXTENSION OF PERIOD TO FILE COMPLAINT FOR FORFEITURE OR OBTAIN INDICTMENT ALLEGING FORFEITURE
_____________________________________________/

IN RE:

SEIZURE OF $27,700.00 IN UNITED STATES CURRENCY
_____________________________________________/

**UNITED STATES' UNOPPOSED MOTION TO EXTEND FILING DEADLINE AND MEMORANDUM OF LAW**

The United States of America (the "United States") files this Motion to Extend Period to File Complaint for Forfeiture or Obtain Indictment Alleging Forfeiture pursuant to Title 18, United States Code, Section 983(a)(3)(A). In support of this motion, the United States submits as follows.

1. On September 13, 2016, the Drug Enforcement Administration ("DEA") seized for forfeiture $27,700.00 in United States currency, (the "property").

2. On November 21, 2016, DEA received a claim for the property from Alec Phillips Ploss ("Claimant"). The Claimant has alleged he is the owner of the property.

3. In accordance with 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture of the property no later than ninety (90) days after a claim has been filed, unless the Court extends that period for good cause shown or upon agreement of the parties.

4. The deadline for filing a complaint for forfeiture of the property is due to expire on February 19, 2017.

**MEMORANDUM OF LAW**

The Civil Asset Reform Act of 2000 ("CAFRA") provides, *inter alia*, that when a claim is filed for property seized for forfeiture, the United States must file a complaint for forfeiture, and/or obtain an indictment containing an allegation that the property is subject to forfeiture, no later than ninety (90) days after a claim is filed. *See* 18 U.S.C. § 983(a)(3)(A)-(C). That deadline may be extended by the Court for good cause shown or by agreement of the parties. *See* 18 U.S.C. § 983(a)(3)(A).

With respect to the filing period and the Court's determination regarding an extension, Section 983(a)(3)(A) provides as follows:

> Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

Counsel for the United States and the claimant are in settlement discussions. The negotiations would be facilitated by an extension of time in which to file a complaint.

WHEREFORE, the United States respectfully requests that the Court enter the proposed order, granting a thirty-day extension of the filing deadline and ordering the United States to comply with the requirements set forth in 18 U.S.C. § 983(a)(3) by March 21 2017.

Undersigned counsel conferred with Claimant's counsel, Peter S. Herrick, P.A. who advised he did not object to a thirty-day extension of the filing deadline.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

*\s\Eloisa D. Fernandez*
Eloisa Delgado Fernandez
Assistant United States Attorney
Florida Bar No. 0999768
eloisa.d.fernandez@usdoj.gov
U. S. Attorney's Office
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9025
Facsimile: (305) 536-4089

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2017, a true and correct copy of the foregoing United States' Unopposed Motion To Extend Filing Deadline was filed via CMECF and mailed to Peter S. Herrick, P.A., Attorneys at Law, 4637 Bayshore Blvd. NE, St. Petersburg, FL, 33703.

*\s\Eloisa D. Fernandez*
Eloisa Delgado Fernandez
Assistant United States Attorney